No. 93–53. PHILLIPS, TO BE APPOINTED PERSONAL REPRESENTATIVE OF THE ESTATE OF PHILLIPS *v.* HEINE, CONSERVATOR FOR TERRELL, DISAPPEARED. C. A. D. C. Cir. Certiorari de-

nied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.